IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JIMENEZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　　Defendant. | 1:09cv01909 DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 13) |

　　On June 17, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before July 21, 2010.  Defendant's opposition, if any, shall be filed on or before August 23, 2010.

IT IS SO ORDERED.

　　**Dated:　June 18, 2010**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1