1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9
   RUDY JIMENEZ,                        )        1:09cv01909 DLB
10                                       )
                      Plaintiff,         )        ORDER GRANTING
11                                       )        EXTENSION OF TIME
                                         )
12        vs.                            )        (Document 16)
                                         )
13                                       )
   MICHAEL J. ASTRUE, Commissioner of    )
14 Social Security,                      )
                                         )
15                    Defendant.         )
   _____)

16
         On August 25, 2010, the parties filed a stipulation and proposed order to allow Defendant an
17
   extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED.
18
   Defendant's response shall be filed on or before September 1, 2010.
19
         IT IS SO ORDERED.
20
         Dated:   **August 27, 2010**           _____ **/s/ Dennis L. Beck**_____
21                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28
                                            1